UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JOHN MANUEL CHAVEZ,<br><br>           Plaintiff. | No. C 07-5312 PJH (PR)<br><br>**ORDER OF DISMISSAL** |

This case was opened when plaintiff submitted two "Certificate[s] of Funds in Inmate Account," and also a printout of transactions in his inmate account. Such documents are usually used to support applications for leave to proceed in forma pauperis ("IFP"), but no actual application was filed, nor was there a complaint or petition. The clerk sent plaintiff a notice that he had not provided an IFP application and another notice that he had not filed a complaint or petition. He was given thirty days to remedy the deficiencies. He has not done so. This case is therefore **DISMISSED** without prejudice. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: February 25, 2008.

                                             PHYLLIS J. HAMILTON
                                             United States District Judge

G:\PRO-SE\PJH\CR.07\CHAVEZ5312.DSM.wpd