1
2
3     UNITED STATES DISTRICT COURT
4     NORTHERN DISTRICT OF CALIFORNIA
5
6
7   In re JOHN MANUEL CHAVEZ,                    No. C 07-5312 PJH (PR)
8              Plaintiff.                        **ORDER OF DISMISSAL**
                                     /
9
10       This case was opened when plaintiff submitted two "Certificate[s] of Funds in Inmate
11   Account," and also a printout of transactions in his inmate account.  Such documents are
12   usually used to support applications for leave to proceed in forma pauperis ("IFP"), but no
13   actual application was filed, nor was there a complaint or petition.  The clerk sent plaintiff a
14   notice that he had not provided an IFP application and another notice that he had not filed a
15   complaint or petition.  He was given thirty days to remedy the deficiencies.  He has not
16   done so.  This case is therefore **DISMISSED** without prejudice.  The clerk shall close this
17   file.
18       **IT IS SO ORDERED.**
19   Dated: February 25, 2008.        _____
20                                         PHYLLIS J. HAMILTON
                                         United States District Judge
21
22
23
24
25
26
27
28   G:\PRO-SE\PJH\CR.07\CHAVEZ5312.DSM.wpd