UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE: JUAN MANUEL CHAVEZ,

      Plaintiff,

Case Number: CV07-05312 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 26, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Juan Manuel Chavez H-74168
Correctional Training Facility
East Dormitory 098-Low
P.O. Box 689
Soledad, CA 93960-0689

Dated: February 26, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk