UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JOHN MANUEL CHAVEZ, | No. C 07-5312 PJH (PR) |
| Plaintiff. / | **JUDGMENT** |

Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against plaintiff.

**IT IS SO ORDERED.**

Dated:  February 25, 2008.

　　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\PJH\CR.07\CHAVEZ5312.JUD.wpd