UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


IN RE: JUAN MANUEL CHAVEZ,                              Case Number: CV07-05312 PJH

        Plaintiff,                              **CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 26, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Juan Manuel Chavez H-74168
Correctional Training Facility
East Dormitory 098-Low
P.O. Box 689
Soledad, CA 93960-0689

Dated: February 26, 2008

                            Richard W. Wieking, Clerk
                            By: Nichole Heuerman, Deputy Clerk